**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:26 CR 0023-PPS/JEM |
| | ) | |
| MARIAH WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Mariah White's decision to plead guilty to the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 17, 20.] Following a hearing held on the record on May 21, 2026 [DE 20], Judge Martin found that defendant understands the charge, her rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into her decision to enter a plea of guilty to Count 5 of the indictment charging her with making a false statement with respect to information required by law to be kept in the records of a federally licensed firearms dealer, in violation of 18 U.S.C. § 924(a)(1)(A). Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Mariah White's's plea of guilty, the Court hereby ADOPTS the findings and recommendation [DE 20] in their entirety.

Defendant, Mariah White, is adjudged GUILTY of Count 5 of the indictment. The sentencing hearing is HEREBY SET for September 29, 2026, at 2:00 p.m. Hammond/Central time.

ENTERED: June 5, 2026.

       /s/   Philip P. Simon
       PHILIP P. SIMON, JUDGE
       UNITED STATES DISTRICT COURT

2